UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORNELL SHEGOG,<br><br>                Petitioner,<br><br>      v.<br><br>STEVE SINCLAIR,<br><br>                Respondent. | CASE NO. C11-5199RJB/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      This matter comes before the Court on the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge (Dkt. 4) and Petitioner's Motion for Extension of Time (Dkt. 5). The Court has reviewed the Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record.

      The Report and Recommendation recommends denial of Petitioner's request to proceed in forma pauperis. Dkt. 4. It further recommends that the filing fee be paid within 30 days of entry of this Court's order on the Report and Recommendation. *Id.*

      On April 7, 2011, Petitioner filed a "Motion for Extension of Time to Pay Filing Fee." Dkt. 5. Petitioner does not contest the recommendation to deny him in forma pauperis status, but does request an extension of 15 days to pay the fee. *Id.* Petitioner appears to believe that the filing fee is due on or before April 15, 2011. *Id.*

ORDER - 1

The Report and Recommendation should be adopted and Petitioner's request to proceed in forma pauperis denied.  Petitioner should be ordered to pay the filing fee on or before May 13, 2011.  Petitioner's motion for extension of 15 days to pay the filing fee should be denied as moot.

The Court does hereby find and Order:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 4);

(2) Petitioner will not be granted in forma pauperis status.  Petitioner has until May 13, 2011, to pay the $5.00 filing fee.  If no fee is received, the clerk's office is directed to dismiss this action without prejudice.

(3) Petitioner's Motion for Extension of Time to Pay the Filing Fee (Dkt. 5) is **DENIED as MOOT**.

(4) The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 18th day of April, 2011.

ROBERT J. BRYAN
United States District Judge

ORDER - 2